UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MERCEDES MUNOZ,

    Plaintiff,

v.                                             Case No.: 2:20-cv-12-FtM-38MRM

SOPHIA OF GATEWAY, LLC and
MOHAMMAD SULEMAN,

    Defendants.
_____/

## OPINION AND ORDER[1]

Before the Court are the parties' Notice of Settlement (Doc. 24) and Joint Stipulation of Dismissal with Prejudice (Doc. 25). Mercedes Munoz sued Sophia of Gateway, LLC and Mohammad Suleman under the Fair Labor Standards Act (FLSA) for unpaid overtime. (Doc. 1). The parties now inform the Court that they have resolved Munoz's claim without compromise and with her attorney fees and costs negotiated and paid separately. Therefore, there is no need for the Court to review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); see also *Mackenzie v. Kindred Hosps. East, L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action voluntarily by filing a stipulation signed by all parties who have appeared, as Munoz has done here.

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. The case is **DISMISSED with prejudice**.

2. The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of April, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record